PARKS & WOOLSON MACH. CO. v. LEVY.

(Supreme Court, Appellate Term.　June 23, 1904.)

1. APPEAL—QUESTIONS PRESENTED—REVIEW OF FACTS—ABSENCE OF PROPER CERTIFICATE.

Where there is no stipulation of the parties nor certification, by the trial justice that the case contains all the evidence, the Appellate Term, on appeal from a City Court, will not interfere with the action of the trial justice in dismissing the complaint.

2. SAME—SETTLEMENT AND SIGNING OF CASE.

Settlement and signing of a case by other than the judge before whom the action was tried is invalid when none of the reasons set forth in Code Civ. Proc. § 997, appear, and the judgment will be affirmed.

Appeal from City Court of New York.

Action by the Parks & Woolson Machine Company against Barnet Levy.　From a judgment for defendant, and from an order denying a new trial, plaintiff appeals.　Affirmed.

Argued before FREEDMAN, P. J., and MacLEAN and SCOTT, JJ.

Louis H. Porter, for appellant.

Jacob Gordon, for respondent.

MacLEAN, J.　Evidence of consideration or motive for signing the alleged guaranty by the defendant is vague, but mayhap the trial justice was justified by evidence not appearing in the record in dismissing the complaint, and, as there is neither stipulation of the parties nor certification by the trial justice that the case contains all the evidence, this court will not interfere. Furthermore, not one of the reasons set forth in section 997 of the Code of Civil Procedure appears for the settlement and signing of the case by other than the judge before whom the action was tried.　The judgment may stand.

Judgment affirmed, with costs.　All concur.